# JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>VANONI FAMILY LIMITED PARTNERSHIP, a California limited partnership; and Does 1-10,<br><br>Defendants. | Case No.: 2:21-cv-06346-AB-AGR<br><br>*Hon. André Birotte, Jr.*<br><br>**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: August 5, 2021<br>Trial Date:   Not on Calendar |

Based on the parties' stipulation pursuant to Fed. R. Civ. P. 41, Plaintiff Ed Hull's action against Defendant Vanoni Family Limited Partnership is **DISMISSED WITH PREJUDICE**. Each party will be responsible for its own fees and costs.

**IT IS SO ORDERED.**

Dated: January 31, 2022

_____
Hon. André Birotte, Jr.
United States District Judge